1  KEITH M. WHITE #188536
   COLEMAN & HOROWITT, LLP
2  Attorneys at Law
   499 West Shaw, Suite 116
3  Fresno, California 93704
   Telephone: (559) 248-4820
4  Facsimile: (559) 248-4830

5  Attorneys for Defendant,
   CAPITAL ACCOUNTS, LLC
6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | SHENGHANG ZHANG | Case No. 3:17-cv-3799 MEJ |
|---|---|---|
| 13 | Plaintiffs, | **NOTICE OF MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)** |
| 14 | v. | |
| 15 | CAPITAL ACCOUNTS, LLC | Date:  **November 16, 2017** |
| 16 | Defendants. | Time:  **10:00 a.m.**<br>Judge: **Hon. Maria-Elena James**<br>Dept.: **Courtroom B, 15th Floor** |
| 17 | | |
| 18 | | |

19  TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

20         PLEASE TAKE NOTICE that on November 16, 2017, at 10:00 a.m., in Courtroom B,

21  15th Floor of the above-entitled court located at San Francisco Courthouse, 450 Golden Gate

22  Avenue, San Francisco, CA 94102, or as soon thereafter as the matter may be heard,

23  Defendant, CAPITAL ACCOUNTS, LLC (hereinafter "Defendant") will move this court for an

24  order to set aside the entry of default entered on September 25, 2017.

25         This motion is made pursuant to Rule 55(c) of the Federal Rules of Civil Procedure.

26  ///

27  ///

28  ///

1  This motion will be based on this Notice of Motion, Memorandum of Points and
2  Authorities, and the Declarations of Keith M. White and Jason Coleman, the Court's file and
3  documents therein, and any evidence and argument which may be presented at the hearing on
4  this matter.

COLEMAN & HOROWITT, LLP


By:  /s/ Keith M. White
     KEITH M. WHITE
     Attorneys for Defendant, CAPITAL
     ACCOUNTS, LLC.