**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorney for Plaintiff*,
Shenghang Zhang

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENGHANG ZHANG;<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ACCOUNTS, LLC;<br><br>Defendant | **Case No.:** 3:17-cv-03799<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

**NOTICE OF SETTLEMENT IN CASE NO: 3:17-CV-03799**

**TO THE COURT:**

The Plaintiff, through counsel, hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and respectfully requests that the Court grant Plaintiff until November 20, 2017 to file the expected Notice of Voluntary Dismissal.

                                                Respectfully Submitted,

                                                **THE CARDOZA LAW CORPORATION**

DATED: October 31, 2017        BY: /s/ MICHAEL F. CARDOZA
                                                    MICHAEL F. CARDOZA, ESQ.
                                                    ATTORNEY FOR PLAINTIFF,
                                                    SHENGHANG ZHANG