UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENGHANG ZHANG,<br><br>            Plaintiff,<br><br>    v.<br><br>CAPITAL ACCOUNTS, LLC,<br><br>            Defendant. | Case No. 17-cv-03799-MEJ<br><br>**ORDER RE: MOTION TO SET ASIDE DEFAULT; NOTICE OF SETTLEMENT**<br><br>Re: Dkt. Nos. 17, 24 |

Pending before the Court is Defendant Capital Accounts, LLC's Motion to Set Aside Entry of Default.  Mot., Dkt. No. 17.  On October 31, 2017, Plaintiff Shenghang Zhang filed a Notice of Settlement, asking the Court to grant Plaintiff until November 20, 2017 to file a Notice of Voluntary Dismissal.  Notice, Dkt. No. 24.

Based on Plaintiff's representation, the Court GRANTS the request, DENIES the Motion WITHOUT PREJUDICE, and ORDERS Plaintiff to file a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) no later than November 20, 2017.  If Plaintiff does not dismiss the case by November 20, 2017, Defendant may renew its Motion to Set Aside Entry of Default.

**IT IS SO ORDERED.**

Dated: October 31, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge