**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorney for Plaintiff*,
Shenghang Zhang

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENGHANG ZHANG;<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ACCOUNTS, LLC;<br><br>Defendant | Case Number:<br><br>3:17-cv-03799<br><br>*HON. MAG. JUDGE MARIA-ELENA JAMES*<br><br>**STIPULATION OF DISMISSAL & [PROPOSED] ORDER OF DISMISSAL PURUSANT TO FRCP 41(A)** |

///

///

///

///

**STIPULATION OF DISMISSAL & [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP 41 (A)**
**CASE NO: 3:17-CV-03799**

Plaintiff **SHENGHANG ZHANG,** and Defendant **CAPITAL ACCOUNTS, LLC,** hereby stipulate under Federal Rule of Civil Procedure 41(a)1(1)(ii) that the above-entitled action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| DATED: November 6, 2017 | THE CARDOZA LAW CORPORATION |
| | BY: /s/ MICHAEL F. CARDOZA |
| | MICHAEL F. CARDOZA, ESQ. |
| | ATTORNEY FOR PLAINTIFF, |
| | SHENGHANG ZHANG |
| DATED: November 6, 2017 | COLEMAN **&** HOROWITT, LLP |
| | BY: /s/ KEITH M. WHITE |
| | KEITH M. WHITE, ESQ. |
| | ATTORNEY FOR CAPITAL ACCOUNTS, LLC |

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

**STIPULATION OF DISMISSAL & [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP 41 (A)**
**CASE NO: 3:17-CV-03799**         Page 2 of 4

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

**THE CARDOZA LAW CORPORATION**

DATED: November 6, 2017          BY: /S/ MICHAEL F. CARDOZA
                                 MICHAEL F. CARDOZA, ESQ.
                                 ATTORNEY FOR PLAINTIFF,
                                 SHENGHANG ZHANG

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

_____

HON. MAG. JUDGE MARIA-ELENA JAMES

United States Magistrate Judge

Dated: _____

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

**STIPULATION OF DISMISSAL & [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP 41 (A)**
**CASE NO: 3:17-CV-03799**            **Page 4 of 4**